SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff,
LUZ ZENDEJAS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ ZENDEJAS,<br><br>                Plaintiff,<br><br>        vs.<br><br>HALEH FAMILY, INC. D/B/A DENNY'S; and DOES 1 to 10,<br><br>                Defendants. | **Case No.: 2:21-cv-08304-ODW (JCx)**<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

        Notice is hereby given that Plaintiff Luz Zendejas ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case.  Plaintiff shall file the dispositional documents within thirty (30) days from the date of filing of this Notice of Settlement in order to afford the Parties time to complete the settlement.

 DATED:  January 21, 2022                **SO. CAL EQUAL ACCESS GROUP**


                                                          */s/ Jason J. Kim*
                                                          JASON J. KIM
                                                          Attorney for Plaintiff

NOTICE OF SETTLEMENT OF ENTIRE CASE