SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
LUZ ZENDEJAS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUZ ZENDEJAS,<br><br>Plaintiff,<br><br>vs.<br><br>HALEH FAMILY, INC. D/B/A DENNY'S; and DOES 1 to 10,<br><br>Defendants. | Case No. 2:21-cv-08304-ODW-JC<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>[Fed. Rule of Civ. Proc. 41(a)(1)(A)(i)]<br><br>Complaint Filed: October 20, 2021<br>Trial Date: None Set |

HAL07-01:Notice of Voluntary Dismissal - Zendejas v. Haleh Family, Inc.:2-9-22

- 1 -

NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

NOTICE IS HEREBY GIVEN, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Luz Zendejas ("Plaintiff") hereby dismisses the above-captioned action in its entirety and with prejudice as to all claims and causes of action against all Defendants. Defendants have not filed any answers to Plaintiff's Complaint and Defendants have not advanced any cross-claims, either individually or collectively.

Dated: February 9, 2022         SO. CAL. EQUAL ACCESS GROUP

By: */s/ Jason J. Kim*
    Jason J. Kim, Esq.

Attorneys for Plaintiff Luz Zendejas